United States District Court

Eastern District of New York

_____

_____

NOTICE OF

RELATED CASE

_____

_____

The Civil Cover Sheet filed in civil action

__19__ CV __603__

1) Indicated that this case is related to the following case(s):

   18cv4845
   _____

   _____

   _____

   -OR-

2) the case was directly assigned to Judge _____ and Magistrate

   Judge _____ as a Pro Se or Habeas case related to

   ____ CR/CV _____